AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2-25-CR-153 MHW |
| DELONTE D. ROBERTSON | ) |
| *Defendant* | ) |

**RECEIVED**
By Tracey Clifford at 9:36 am, Sep 10, 202...

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DELONTE D. ROBERTSON ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to make false statements during acquisition of firearms
18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2 False statement during acquistion of firearm
18 U.S.C. §§ 922(a)(5), 924 (a)(1)(D) and 2 Transfer of firearm to an Out-of-state resident

Date: 9/9/2025

/s/ Spencer D. Harris
*Issuing officer's signature*

City and state: Columbus, Ohio

Spencer D. Harris, CRD
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/10/25 , and the person was arrested on *(date)* 4/6/26 at *(city and state)* Columbus, OH . |
| Date: 4/6/26 |
| *Arresting officer's signature* |
| Kennedy Sanders, ATF Special Agent |
| *Printed name and title* |